```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23751
   RANDALL L THOMPSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1591

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/18/2007 and was not confirmed.

    The case was dismissed without confirmation 03/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

HSBC AUTO FINANCE          SECURED VEHIC       9268.53          .00         256.89
HSBC AUTO FINANCE          NOTICE ONLY       NOT FILED          .00            .00
AFNI                       UNSECURED         NOT FILED          .00            .00
DISH NETWORK               NOTICE ONLY       NOT FILED          .00            .00
APPLIED CARD BANK          UNSECURED         NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            593.76          .00            .00
ASSET ACCEPTANCE LLC       NOTICE ONLY       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           2249.92          .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            213.84          .00            .00
BANK FIRST                 UNSECURED         NOT FILED          .00            .00
BAKER MILLER MARKOFF & K   UNSECURED         NOT FILED          .00            .00
BP/CITI                    UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED            817.39          .00            .00
CAPITAL ONE                UNSECURED         NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           1026.07          .00            .00
PIN CREDIT SERVICES        NOTICE ONLY       NOT FILED          .00            .00
CMI                        UNSECURED         NOT FILED          .00            .00
WOW INTERNET & CABLE SER   NOTICE ONLY       NOT FILED          .00            .00
DISCOVER CARD              UNSECURED         NOT FILED          .00            .00
GMAC                       UNSECURED           6963.47          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           3312.19          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED          .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED         NOT FILED          .00            .00
TCF BANK                   NOTICE ONLY       NOT FILED          .00            .00
WEXLER & WEXLER            NOTICE ONLY       NOT FILED          .00            .00
COMCAST                    NOTICE ONLY       NOT FILED          .00            .00
HSBC AUTO FINANCE          UNSECURED            436.81          .00            .00
CITY OF CHICAGO            UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO PARKING    NOTICE ONLY       NOT FILED          .00            .00
LEGAL ASSISTANCE FOUNDAT   ATTORNEY               .00           .00            .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                           18.11
DEBTOR REFUND              REFUND                                              .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23751 RANDALL L THOMPSON
```

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    275.00

PRIORITY                                            .00
SECURED                                          256.89
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              18.11
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                     275.00                275.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
   Dated: 06/25/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```